AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

ANDRES GUTIERREZ

*Defendant(s)*

Case No. 8:17MJ1345TBM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 15, 2017 in the county of Hillsborough in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

PP
*Complainant's signature*

Pankaj Patel, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-16-17

*Judge's signature*

City and state: Tampa, Florida

THOMAS B. MCCOUN, III, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Pankaj Patel, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since December 2002.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of others and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge, Andres Gutierrez, a native and citizen of El Salvador, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

## FACTS AND CIRCUMSTANCES

4. On May 15, 2017, ICE-ERO officers found Andres Gutierrez at the Hillsborough County Jail, Hillsborough County, Middle District of Florida, after ICE officers in Miami, Florida, had discovered through routine jail screening, that Gutierrez had been arrested by the Hillsborough County Sheriff's Office for the offense of Failure to Appear.

5. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Gutierrez. Upon review of these documents, I determined that Gutierrez is a native and citizen of El Salvador who is illegally in the United States. I also found that he had been deported from the United States to El Salvador at least two times: on or about August 7, 2006, and on or about October 19, 2007.

6. Fingerprints taken of Gutierrez were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removals from the United States. IAFIS indicates that they are from the same person.

7. Computer-record checks indicate that on November 10, 1997, Gutierrez was convicted in Pinellas County, Florida, for Carrying Concealed Firearm. Computer-record checks also indicate that on June 27, 2005, Gutierrez was convicted in Hillsborough County, Florida, for Possession of Cocaine.

Computer-record checks further indicate that on June 18, 2007, Andres Gutierrez was convicted in the Western District of Texas, Del Rio Division, for Illegal Re-Entry into the United States after Deportation.

8. No information exists, either in the A-file documents or the computer databases, that Gutierrez had either requested or received permission from any immigration official to reenter the United States after his deportations.

## CONCLUSION

9. Based on the foregoing facts, I believe there is probable cause to establish that Andres Gutierrez, a citizen and national of El Salvador, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

Further affiant sayeth naught.

Pankaj Patel
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 16 day of May, 2017, in Tampa, Florida.

Thomas B. McCoun, III
United States Magistrate Judge